IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00319-BNB

RODNEY RAY ZIMMERMAN,

    Plaintiff,

v.

UNKNOWN D.R.D.C. INTAKE SGT. OF 3-19-08,
DR. SINGH, C.M.O., D.R.D.C., and
DR. L'HERAULT, D.R.D.C.,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Rodney Ray Zimmerman, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Colorado State Penitentiary in Cañon City, Colorado. He submitted to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, a Civil Cover Sheet, and a motion for preliminary injunction. The Court reviewed the documents and determined they were deficient. Therefore, on February 16, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Zimmerman to cure certain deficiencies in the case within thirty days if he wished to pursue his claims.

The February 16, 2010, order pointed out that Mr. Zimmerman must submit a Prisoner Complaint and a certified copy of his trust fund account statement for the six-

month period immediately preceding this filing obtained from the appropriate prison official.

On March 22, 2010, Mr. Zimmerman submitted and amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a certified copy of his trust fund account statement. He also submitted a notice of change of address. On April 6, 2010, he submitted two letters to the Court. However, he has failed to submit a complaint as directed. As a result, he has failed within the time allowed to cure all the deficiencies listed in the February 16 order. Accordingly, it is

ORDERED that the action is dismissed without prejudice for the failure of Plaintiff, Rodney Ray Zimmerman, within the time allowed to cure all the deficiencies designated in the February 16, 2010, order to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot. It is

FURTHER ORDERED that the motion for a preliminary injunction is denied as moot.

DATED at Denver, Colorado, this __23rd__ day of __April__, 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00319-BNB

Rodney Zimmerman
Prisoner No. 135354
Colorado State Penitentiary
P.O. Box 777
Cañon City, CO 81215-0777

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/28/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk